UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OMID NAZARI,

Petitioner,

v.

SIXTO MARRERO, Warden, Imperial
Regional Detention Facility,

Respondent.

Case No.:  26-cv-2466-RSH-AHG

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

On April 20, 2026, petitioner Omid Nazari, a citizen of Iran, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court construes the Petition as contending that Petitioner's immigration detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause.[1] Respondent has filed a return conceding that Petitioner is entitled to a bond

---

[1]    The Petition filed by counsel contains some significant internal inconsistencies. Petitioner appears to argue that DHS violated its "long-standing policy to release non-citizens immediate following a grant of asylum," ECF No. 1 ¶¶ 17–18, but also states that the immigration judge has not yet fully heard or ruled on his asylum application, *id.* ¶ 6. Likewise, Petitioner argues that his detention should be governed by 8 U.S.C. § 1231(a)(6), *see* ECF No. 1 ¶¶ 31–34, but this provision by its terms applies to an individual subject to a final order of removal, which Petitioner maintains he is not. Finally, Petitioner argues

1

hearing where the government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. ECF No. 4 at 1.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Omid Nazari before an immigration court within ***seven (7) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or further injunctive relief, as the Petition does not set forth an adequate legal basis for such relief.[2]

**IT IS SO ORDERED**.

Dated: April 27, 2026

_____

Hon. Robert S. Huie
United States District Judge

---

that he is entitled to have the Court order a bond hearing, *id.* ¶ 51, but the relief he requests is his immediate release rather than an order for a bond hearing, *id.* at 17–18.

[2] To the extent Petitioner seeks to recover his attorneys fees, he must make a noticed motion pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's Civil Pretrial Procedures.

26-cv-2466-RSH-AHG